UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CR-163 |
| | ) | (PHILLIPS/GUYTON) |
| MORRIS E. NANCE, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is now before the Court on the Government's Motion to Continue [Doc. 43] filed on June 24, 2010. The Motion asks the Court to continue the hearing on the Defendant's Motion to Suppress Evidence [Doc. 21] that is scheduled for June 30, 2010, at 9:30 a.m., because of the unavailability of a key witness. The Defendant has informed the Court that he has no opposition to the Government's Motion.

Accordingly, after carefully considering the positions of the Defendant and the Government, the Court finds that the Government has shown good cause for continuing the hearing on the Defendant's pending suppression motion. Accordingly, the Motion to Continue **[Doc. 43]** is **GRANTED**, and the suppression hearing scheduled for June 30, 2010, at 9:30 a.m. is canceled. The Court will reset a hearing on the Defendant's Motion to Suppress Evidence after conferring with the

1

parties when they appear on June 30, 2010, at 1:30 p.m., for a hearing on the Defendant's Motion for Discovery of Dog Records [Doc. 39].

It is **ORDERED**:

(1) The Government's Motion to Continue **[Doc. 43]** is **GRANTED**;

(2) The suppression hearing scheduled for June 30, 2010, at 9:30 a.m., before the undersigned is **CANCELED**;

(3) The parties shall appear before the undersigned for a hearing on the Defendant's Motion for Discovery of Dog Records **[Doc. 39]** on **June 30, 2010, at 1:30 p.m.**;

(4) The hearing on the Defendant's Motion to Suppress Evidence **[Doc. 21]** will be reset by the Court after conferring with the parties when they appear on June 30, 2010; and

(5) The trial of this matter remains set to commence on **October 26, 2010**, before the Honorable Thomas W. Phillips, United States District Judge.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge